IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA                                     PLAINTIFF

v.                    Case No. 4:15-cr-00127-JTK-1

ERIC LOUIS MIDDLETON                                         DEFENDANT

## ORDER MODIFYING JUDGMENT

In the Judgment filed in this case, Defendant's USM No. is amended to 38646-086. (Doc. No. 7 at 1.)

SO ORDERED this 8th of July, 2015.

_____
UNITED STATES MAGISTRATE JUDGE